## BUEL *against* GORDON.

AFTER the judgment against the special bail in this cause, who had become fixed, the principal was discharged under the insolvent act. A *ca. sa.* was then issued against the bail, who, being taken in execution, paid the debt, and then brought this action against the principal, to recover the amount. And the question was, whether the principal could plead his discharge in this suit, brought against him by the bail.

*Per Curiam.* The debt was not made *certain*, until after the defendant's discharge. It is like the case of a surety paying a debt after the discharge of the principal. The debt must be certain and fixed, at the time of the insolvent's assignment.

The defendant cannot, therefore, plead his discharge. (*Frost* v. *Carter*, 1 *Johns. Cases*, 73.)